**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONTOYA RICHARDSON,**

**Plaintiff,**

**CASE NO.: 6:26-cv-110-ACC-NWH**

**vs.**

**WAL-MART STORES EAST, LP,**

**Defendant.**
**_______________________________/**

**SECOND AMENDED NOTICE OF MEDIATION**
**(as to date)**

The Plaintiff, RONTOYA RICHARDSON, by and through her undersigned counsel and pursuant to the Court's Case Management and Scheduling Order, files this Second Amended Notice of Mediation that has been stipulated to by the parties.

The mediation has been scheduled for February 18, 2027, at 10:00 a.m., with Michelle Jernigan.

DATED this 22nd day of October, 2026.

CHANFRAU & CHANFRAU, P. L.

*/s/ Kelly H. Chanfrau*
Kelly H. Chanfrau, B.C.S.
Florida Bar No. 560111

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Middle District CM/ECF system and/or email to: Clayton D. Hackney, Esq., and Jordan I. Levitats, Esq. Fasi & Dibello, P.A. 5959 Waterford District Drive, Suite 300, Miami, Florida 32126, at hackney@fasidibellowlaw.com, levitats@fasidibellowlaw.com, fernandez@fasidibellolaw.com, and pleadings@fasidibellowlaw.com, on this 22nd day of October, 2026.

CHANFRAU & CHANFRAU

*/s/ Kelly H. Chanfrau*__________
Kelly H. Chanfrau, B.C.S.
Florida Bar No. 560111
701 N. Peninsula Drive
Daytona Beach, FL, 32118
Telephone: 386-258-7313
Facsimile: 386-258-8783
Primary Email: Kelly@Chanfraulaw.com
Gina@Chanfraulaw.com
Amber@Chanfraulaw.com
Kayla@Chanfraulaw.com
Katie@Chanfraulaw.com
ATTORNEYS FOR PLAINTIFF